| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, CA Bar No. 87692 |
| | Acting Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant |
| | RAMIRO CHAVEZ-MADRIGAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-13-0073-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| RAMIRO CHAVEZ-MADRIGAL, | ) | |
| | ) | Date: May 3, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, NIRAV DESAI, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for RAMIRO CHAVEZ-MADRIGAL that the status conference hearing date of April 26, 2013, be rescheduled for a status conference hearing on May 3, 2013, at 9:00 a.m..

The reason for this continuance is defense counsel is unavailable on the date this case is currently set, and in addition requires additional time to further review the discovery, have further discussions with her client, and investigate the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 3, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 27, 2013

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for AMADO JUAREZ

DATED: March 28, 2013.

BENJAMIN WAGNER
United States Attorney

/s/ Courtney Fein for
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 26, 2013, status conference hearing be continued to May 3, 2013, at 9:00 a.m.. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the May 3, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 28, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2

3